452 A.2d 1021

**COMMONWEALTH of Pennsylvania**

v.

**Percell HARGROVE, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 27, 1982.

Decided Dec. 15, 1982.

Robert A. Longo (Court-appointed), Michael J. Perezous (Court-appointed), Lancaster, for appellant.

Edward F. Browne, Jr., Asst. Dist. Atty., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Judgments of sentence affirmed.